# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**INDIGO MARKETPLACE, LLC**                                                                         **PLAINTIFF**

**vs.**                         **Case No. 4:22-cv-618-LPR**

**FARMOP CAPITAL, LLC**                                                                **DEFENDANT**

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Come now Plaintiff and Counter-Defendant Indigo Marketplace, LLC ("Indigo") and Defendant and Counter-Claimant FarmOp Capital, LLC ("FarmOp") (collectively, the "Parties"), and for their joint stipulation of dismissal with prejudice, state as follows:

1. Indigo brought this action seeking declaratory judgment regarding the Parties' rights to proceeds from the sale of certain crops, and FarmOp filed a counterclaim seeking judgment against Indigo for conversion of said proceeds.

2. The Parties have reached an agreement to resolve all claims in this action and signed a comprehensive settlement agreement memorializing said resolution.

3. Accordingly, there are no remaining claims or issues between the Parties, and the Parties hereby stipulate to Indigo's dismissal with prejudice of all claims against FarmOp alleged in this action and FarmOp's dismissal with prejudice of all claims against Indigo alleged in this action. *See* Fed. R. Civ. P. 41 (permitting dismissal by filing a stipulation of dismissal by all parties who have appeared).

WHEREFORE, Indigo Marketplace, LLC and FarmOp Capital, LLC jointly stipulate that Indigo Marketplace, LLC's complaint and FarmOp Capital, LLC's counterclaim be dismissed with prejudice.

Respectfully submitted,

BURR & FORMAN LLP
Christopher D. Meyer Ar. Bar No. 2020115
The Pinnacle at Jackson Place
190 E. Capitol Street, Suite M-100
Jackson, MS 39201
Telephone: (601) 355-3434
Email: cmeyer@burr.com

*Attorneys for Indigo Marketplace, LLC*


ROSE LAW FIRM,
a Professional Association
Mary-Tipton Thalheimer Ar. Bar No. 2011268
120 East Fourth Street
Little Rock, Arkansas 72201
Telephone: (501) 377-0450
Email: mthalheimer@roselawfirm.com

*Attorneys for FarmOp Capital, LLC*